KATHLEEN BLISS
Nevada Bar No. 7606
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Larry Mondrell Gibbs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>LARRY MONDRELL GIBBS,<br><br>   Defendant. | CASE NO. 2:13-CR-00405-KJD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND DISPOSITION HEARING** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the UNITED STATES OF AMERICA, by and through Phillip Smith, Assistant United States Attorney, District of Nevada and Defendant Larry Gibbs, by and through Kathleen Bliss, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, that the sentencing and disposition hearing currently set for January 21, 2015, be continued one week to January 28, 2015 due the defense's attorney, Kathleen Bliss having a conflict with another case (USA v. McCoy 2:11-cr-00438) being heard on the same date and time.  AUSA Phillip Smith, also has a conflict as he is a witness for the defense in the USA v. McCoy case.  Judge Du who is presiding over the McCoy hearing has a limited schedule in Las Vegas due to her serving primarily the Reno area.

///

///

///

1  ///
2  ///
3  ///
4  DATED this ___ day of December, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Kathleen Bliss*
KATHLEEN BLISS
Nevada Bar No. 7606
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorney for Larry Mondrell Gibbs

By  /s/ *Phillip Smith*
PHILLIP SMITH
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email: Phillip.smith@usdoj.gov
Attorney for the United States

## ORDER

Based upon the Stipulation of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the sentencing and disposition hearing will be held on  January 28 , 20 15  at  9:00  a.m

DATED this 22nd day of  December , 2014.

_____
KENT J. DAWSON
United States District Judge



2