# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00405-KJD-GWF |
| vs. ) | **ORDER** |
| LARRY MONDRELL GIBBS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Larry Gibbs' Request for Case Records (#62), filed on September 11, 2015.

The Defendant requests all records of his case, including officers' investigative notes, investigative reports, a copy of the "Master Docket," and transcripts of all documents and events. The Defendant does not provide the Court with any reason to furnish him this information, as he does not indicate why he requires these documents.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Larry Gibbs' Request for Case Records  (#62) is **denied** without prejudice.

**DATED** this 14th day of September, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge