# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cr-00405-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LARRY MONDRELL GIBBS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Defendant's Motion for Appointment of Counsel (#64), filed on October 27, 2015.

Defendant moves for the appointment of counsel to examine his case and determine if the recent Supreme Court holding in *United States v. Johnson*, 135 S.Ct. 2551 (2015) would allow him to receive a reduced sentence. Accordingly,

**IT IS HEREBY ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. Appointed counsel shall enter an appearance in this matter by **November 13**, **2015**.

**IT IS FURTHER ORDERED** that appointed counsel shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation.

**IT IS FURTHER ORDERED** that Defendant shall submit an updated financial affidavit, under seal, to establish that he cannot afford to retain private counsel.

**DATED** this 6th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge