# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00405-KJD-GWF |
| vs. ) | **ORDER** |
| LARRY MONDRELL GIBBS, ) | |
| Defendant. ) | |

 This matter is before the Court on Defendant's Motion for Production of File (#68), filed on January 19, 2016.  The Government filed its Response (#70) on January 25, 2016.

 Defendant requests that the Court order the Government to provide him with a copy of his entire case file since all attempts to obtain it from prior counsel have been futile.  The Government represents that it will provide Defendant with a copy of the discovery originally sent to prior counsel in this matter.  Accordingly,

 **IT IS HEREBY ORDERED** that Defendant's Motion for Production of File (#68) is **granted**.  The Government shall provide Defendant with a copy of the discovery and any other documents previously produced to Defendant's prior counsel in this matter.

 DATED this 26th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge