FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 0 5 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY MONDRELL GIBBS,<br><br>Defendant. | Case No. 2:13-cr-00405-KJD-GWF<br><br>**ORDER** |

Presently before the Court is the matter of *United States of America vs. Larry Mondrell Gibbs,* 2:13-cr-405-KJD-GWF.

On February 5, 2020, this Court held a hearing for Revocation of Supervised Release as to Mr. Gibbs. The Court ordered that Mr. Gibbs reside in the residential re-entry center not to exceed 90 days.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Larry Mondrell Gibbs reside in a residential re-entry center/half way house not to exceed Ninety Days. It is further ordered that all previous conditions and terms of supervised release will stay in place.

DATED this 5 day of February, 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE