1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY MONDRELL GIBBS,<br><br>　　　　Defendant. | Case No. 2:13-cr-00405-KJD-GWF<br><br>**ORDER** |

9
10　　　　IT IS THEREFORE ORDERED that the status conference currently scheduled for
11　Tuesday, July 28, 2020 at 9:00 a.m., be vacated and continued to  September 29, 2020 at the
12　hour of  11 : 00   a .m.; or to a time and date convenient to the court.
13　　　　DATED this 21st day of July, 2020.
14
15
16　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26

3