# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00405-KJD-GWF |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| LARRY MONDRELL GIBBS, | |
| Defendant. | |

IT IS THEREFORE ORDERED based upon the stipulation between the United States and defendant's counsel, and for good cause shown:

1.      The Petition for Revocation of Supervised Release (ECF No. 99) is dismissed.

2.      The status conference currently scheduled for September 29, 2020 at 11:00 a.m. is vacated.

DATED this <u>14th</u> day of September, 2020.

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

3